**No. 67067.**—The Electro Motive Mfg. Co., Inc. *v.* United States, protest 61/11611 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of certain tubes similar in all material respects to those the subject of *John H. Faunce, Philadelphia, Inc.* v. *United States* (42 Cust. Ct. 196, C.D. 2085), the claim of the plaintiff was sustained.